UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE MAKO, on behalf of herself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

LINDA RICHARDS INC., and LINDA BARRY a/k/a LINDA BRETTI, individually, and FRANK BRETTI, individually,

                Defendants.

Docket No.: 19-cv-02660 (CS)

[~~PROPOSED~~] JUDGMENT

**WHEREAS**, on September 1, 2020, Defendants Linda Richards Inc., Linda Barry a/k/a Linda Bretti, individually, and Frank Bretti, individually, offered that named-Plaintiff Valerie Mako, and opt-in Plaintiffs Jennifer Giordano and Jessica Mueller, (together as "Plaintiffs"), take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Eighteen Thousand Dollars and Zero Cents ($18,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS,** on September 2, 2020, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs, as against Defendants Linda Richards Inc., Linda Barry a/k/a Linda Bretti, individually, and Frank Bretti, individually, jointly and severally, for Eighteen Thousand Dollars and Zero Cents ($18,000.00)

SO ORDERED, on the __14th__ day of __September__, 2020, White Plains, New York:

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.